1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   EDWARD ORTEGA,                          CASE NO. 1:09-cv-01476-AWI-SKO PC

10                          Plaintiff,       ORDER DISCHARGING ORDER TO SHOW
                                             CAUSE AND GRANTING EXTENSION OF
11         v.                                TIME TO FILE AMENDED COMPLAINT

12   WARDEN JAMES A. YATES, et al.,          (Doc. 9, 10)

13                          Defendants.
     _____/
14

15         Plaintiff Edward Ortega ("Plaintiff") is a state prisoner proceeding pro se and in forma

16   pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 24, 2010, Plaintiff was

17   ordered to show cause why this action should not be dismissed for Plaintiff's failure to obey a court

18   order.  (Doc. #9.)  The Court had previously ordered Plaintiff to file an amended complaint and

19   Plaintiff did not file an amended complaint within the thirty (30) day deadline.

20         Plaintiff responded to the order to show cause on June 18, 2010.  Plaintiff explains that he

21   did not file his amended complaint on time because his "legal helper" was busy preparing filings for

22   Plaintiff in other cases and that Plaintiff lacked the reading skills to prepare his amended complaint

23   on his own.  Plaintiff also requested a thirty (30) day extension of time to file his amended

24   complaint.

25         The Court will grant Plaintiff's request for a thirty (30) day extension and discharge the order

26   to show cause.  However, Plaintiff is advised that, in the future, Plaintiff must request extensions of

27   time **before** the relevant deadline passes.

28   ///

Accordingly, it is HEREBY ORDERED that:

1.      The Court's May 24, 2010 order to show cause is DISCHARGED; and

2.      Plaintiff is granted and extension of time of THIRTY (30) DAYS from the date of service of this order to file his amended complaint. IT IS SO ORDERED.

**Dated:**   **June 21, 2010**                           **/s/ Sheila K. Oberto**
                                                        UNITED STATES MAGISTRATE JUDGE