# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE ORTEGA, | 1:09-cv-01476-AWI-GSA PC |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO COMPLETE SERVICE UPON DEFENDANT DR. DUENAS WITHIN SIXTY DAYS (Doc. 14.) |
| v. | |
| WARDEN JAMES A. YATES, et al., | ORDER DIRECTING CLERK TO SEND SERVICE DOCUMENTS TO PLAINTIFF AS DESCRIBED IN THIS ORDER |
| Defendants. | SIXTY DAY DEADLINE FOR PLAINTIFF TO FILE EITHER (1) WAIVER OF SERVICE, OR (2) PROOF OF PERSONAL SERVICE |

Plaintiff Eddie Ortega ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds on Plaintiff's First Amended Complaint, filed on August 26, 2010, against Defendant Dr. Duenas for acting with deliberate indifference to Plaintiff's medical needs, in violation of the Eighth Amendment. (Doc. 14.)

On October 12, 2011, the Court issued an order requiring Plaintiff to complete service upon Defendant Dr. Duenas within one-hundred twenty days.[1] (Doc. 26.) On February 3, 2012, Plaintiff filed a return of service with evidence that he mailed a summons, copy of the First Amended

---

[1] Plaintiff is not proceeding in forma pauperis and is therefore responsible for serving process himself.

1

Complaint, and copy of the Court's order by registered mail to Dr. Duenas at Pleasant Valley State Prison on January 20, 2012. (Doc. 29.)

The return of service filed by Plaintiff does not show that Dr. Duenas was properly served. Pursuant to the Court's order of October 12, 2011, Plaintiff was required to file either (1) a Waiver of Service signed by Defendant, or (2) proof of Personal Service upon Defendant. (Doc. 26 at 2-3.) Plaintiff has not filed a Waiver of Service or proof of Personal Service. Plaintiff shall be granted another opportunity to properly serve Defendant Dr. Duenas.

The Clerk of the Court will be directed to issue another summons to Plaintiff for the purpose of service of process. Fed. R. Civ. P. 4. Plaintiff shall complete service of process in accordance with Federal Rule of Civil Procedure 4 within sixty (60) days from the date of service of this order. **The following two sections contain instructions on how to serve Defendant Dr. Duenas.**

**I.      Waiver of Service**

Pursuant to Rule 4(d)(2), Plaintiff may (but is not required to) notify Defendant Dr. Duenas of the commencement of this action and request that he waive service of the summons. Fed. R. Civ. P. 4(d)(2). If Plaintiff wishes to do this, he must mail Defendant Dr. Duenas:

(1)     the form entitled "Notice of Lawsuit and Request for Waiver of Service for Summons,"

(2)     the form entitled "Waiver of Service of Summons,"

(3)     a copy of the First Amended Complaint, and

(4)     a copy of the form entitled "Consent to Proceed Before United States Magistrate Judge" with instructions.

The documents must be addressed directly to Dr. Duenas (not the Attorney General's Office) and must be dispatched (mailed) through first-class mail. The Waiver of Service of Summons form must set forth the date on which the request is sent and must allow Defendant Dr. Duenas at least thirty (30) days in which to return the waiver to Plaintiff. **If Defendant Dr. Duenas signs and returns the waiver form to Plaintiff, Plaintiff must then file the form with the Court.** After filing the forms with the Court, Plaintiff need not take any further steps to serve the Defendant. Fed. R. Civ. P. 4(d)(4).

**II.     Personal Service**

If either (1) Plaintiff does not wish to request Defendant Dr. Duenas to waive service <u>or</u> (2) the Defendant fails to return the Waiver of Service of Summons form to Plaintiff, Plaintiff must have personal service effected on Defendant Dr. Duenas.  The Defendant must be personally served with:

(1)     a Summons,

(2)     a copy of the First Amended Complaint,

(3)     a copy of this Order, and

(4)     a copy of the form entitled "Consent to Proceed Before United States Magistrate Judge" with instructions.

<u>Plaintiff may not effect personal service himself.</u>  Fed. R. Civ. P. 4(c).  <u>Service may be effected by any person who is not a party to this action and who is at least eighteen years old.  Id.</u>  The Court will provide Plaintiff with a copy of Rule 4 along with this order.  Plaintiff should review Rule 4(e)(2), which addresses how personal service may be effected.  **After personal service has been completed, Plaintiff must file a Return of Service with the Court, along with a copy of the Summons.**

**III.    CONCLUSION**

In accordance with the above, IT IS HEREBY ORDERED that:

1.  The Clerk of the Court is directed to issue and send Plaintiff one (1) summons to serve Defendant Dr. Duenas;

2.  The Clerk is further directed to send Plaintiff:

   a)  One (1) copy of the First Amended Complaint filed August 26, 2010 (Doc. 14.);

   b)  One (1) copy of the form entitled "Notice of Lawsuit and Request for Waiver of Service of Summons;"

   c)  One (1) copy of the form entitled "Waiver of Service;"

   d)  One (1) copy of the form entitled "Consent to Proceed Before United States Magistrate Judge" with instructions; and

   e)  One (1) copy of Rule 4 of the Federal Rules of Civil Procedure;

3. Plaintiff shall complete service of process on Defendants Dr. Duenas within **sixty (60) days** from the date of service of this order. Plaintiff shall serve a copy of this order and a copy of the form "Consent to Proceed Before United States Magistrate Judge" on Defendant Dr. Duenas at the time of service of the summons and First Amended Complaint;

4. Should Plaintiff require an extension of time to complete service of process, he should file a request with the Court before the sixty-day deadline expires, showing good cause why the extension should be granted; and

5. Plaintiff's failure to timely complete service of the First Amended Complaint on Defendant Dr. Duenas may result in dismissal of this action. Fed. R. Civ. P. 4(m).

IT IS SO ORDERED.

Dated:   **June 8, 2012**                   /s/ **Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE