IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ORTEGA, | 1:09-cv-01476-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 22.) |
| vs. | |
| WARDEN JAMES A. YATES, et al., | ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANT DR. DUENAS ON PLAINTIFF'S EIGHTH AMENDMENT CLAIM FOR INADEQUATE MEDICAL CARE |
| Defendants. | ORDER DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |

Edward Ortega ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 4, 2011, findings and recommendations were entered, recommending that this action proceed only against defendant Dr. Duenas on Plaintiff's Eighth Amendment claim for inadequate medical care, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim. Plaintiff was provided an opportunity to file objections to the findings and recommendations within thirty days. To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on October 4, 2011, are adopted in full;
2. This action now proceeds only against defendant Dr. Duenas on Plaintiff's Eighth Amendment claim for inadequate medical care;
3. All remaining claims and defendants are dismissed from this action;
4. Plaintiff's claims against defendants Dr. Felix Igbinosa, Nurse Kratts, and Nurse Adonis are dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them; and
5. Plaintiff's Valley Fever claims are dismissed for failure to state a claim upon which relief may be granted under section 1983.

IT IS SO ORDERED.

Dated:   August 3, 2012

CHIEF UNITED STATES DISTRICT JUDGE